**FILED**
JUN 13 2016
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Annette DeBerry, ) | |
| ) | |
| Plaintiff, ) | Case: 1:16-cv-01095 Jury Demand |
| ) | Assigned To : Unassigned |
| v. ) | Assign. Date : 6/13/2016 |
| ) | Description: Pro Se Gen. Civil (F Deck) |
| United States House Speaker *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

3

Plaintiff is a resident of Adel, Georgia. She sues the Speaker of the House, "Congressmen," and "Bobby Rhodes." Compl. Caption. Plaintiff does not allege any facts about the named defendants. Rather, she accuses "alien bankers of Bank of America of Quitman, Georgia" of denying her constitutional rights. Compl. at 2. The cryptic allegations appear to arise from a dispute over an estate in Georgia. The complaint simply fails to provide any notice of a claim against the named defendants. Accordingly, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: June 10, 2016

United States District Judge